### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 25-cr-262 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| April Fay Lewis (4), | |
| Defendant. | |

This matter comes before the Court on defendant's motion for continuance of motions deadline, Dkt. No. 161, and defendant's motion to exclude time under the Speedy Trial Act, Dkt. No. 162. **Defendant also filed a Statement of Facts. Dkt. No. 165**. Defendant requests a 60-day continuance of the pretrial motions deadline and hearing to allow for additional time to discuss settlement options.

Pursuant to 18 U.S.C. § 3161(h), this Court finds the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such a continuance is necessary to provide Defendant and her attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1.  Defendant's motion for continuance of motions deadline, Dkt. No. 161, is **GRANTED**.

2.  All motions in this case shall be filed by **April 24, 2026**. Counsel is directed to read the Court's Case Management Order, Dkt. No. 42, prior to filing any discovery motion.

3. Counsel must file a letter on or before **April 24, 2026,** if no motions will be filed and there is no need for a motions hearing.

4. Responses to the motions must be filed by **May 8, 2026**.

5. Any Notice of Intent to Call Witnesses must be filed by **May 8, 2026**. D. Minn. LR 12.1(c)(3)(A).

6. Any Responsive Notice of Intent to Call Witnesses must be filed by **May 12, 2026**. D. Minn. LR 12.1(c)(3)(B).

7. The motions shall be heard before Magistrate Judge David T. Schultz on **May 15, 2026** at **10:00 a.m.**, in Courtroom 9W, U.S. Courthouse, 300 South Fourth Street, Minneapolis.

8. Defendant's motion to exclude time under the Speedy Trial Act, Dkt. No. 162, is **GRANTED**.

9. The period from **February 24, 2026 through the motions filing date of April 24, 2026 shall be excluded from Speedy Trial Act computations for this case**. The Court finds, based on the entire record of this case, that the ends of justice served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The Court finds that although this case, taken as a whole, is not so unusual or so complex as to fall within the definition of those terms at 18 U.S.C. §3161(h)(7)(B)(ii), nevertheless failing to grant the requested extension would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

10. Counsel must contact the Courtroom Deputy for District Judge Nancy E. Brasel to confirm the new trial date.

Dated: February 24, 2026              s/ David T. Schultz          
                                                      DAVID T. SCHULTZ
                                                     United States Magistrate Judge